| | |
|---|---|
| BUNDY LAW GROUP, PLLC<br>Elena C. Bundy, WSBA No. 38836<br>Kristofer J. Bundy, WSBA No. 19840<br>424 W. Bakerview Rd., Ste. 105 #2054<br>Bellingham, WA 98226<br>(206) 518-3021<br>*Attorneys for Defendant* | HONORABLE MARY K. DIMKE |

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HUBERT GILMORE, an individual,<br><br>      Plaintiff,<br><br>  v.<br><br>BENTON COUNTY, a Washington political entity,<br><br>      Defendant. | No. 4:25-CV-05011-MKD<br><br>THIRD DECLARATION OF ELENA C. BUNDY IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |

  I, Elena C. Bundy, hereby declare under penalty of perjury under the law of the State of Washington that the following is true and correct.

  1. I am over the age of 18 and competent to testify.

  2. Attached hereto as **Exhibit 41** is a true and correct copy of excerpts of a packet of information identified as "551-2024-0530RA_Redacted," which I

DECLARATION OF ELENA C. BUNDY - 1
Case No. 4:25-CV-05011-MKD

Bundy Law Group, PLLC
424 W. Bakerview Rd., Ste. 105 #2054
Bellingham, WA 98226
(206) 518-3021

received from the EEOC on January 20, 2026 in response to my request for information accompanied by Mr. Gilmore's signed authorization.

DATED this 21st day of January, 2026 in Tulsa, OK.

By: *s/ Elena C. Bundy*
ELENA C. BUNDY

DECLARATION OF ELENA C. BUNDY - 2
Case No. 4:25-CV-05011-MKD

Bundy Law Group, PLLC
424 W. Bakerview Rd., Ste. 105 #2054
Bellingham, WA 98226
(206) 518-3021

## Certificate of Service

I hereby certify that on January 21, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system.

      *s/ Elena C. Bundy*
Elena C. Bundy, WSBA No. 38836
Bundy Law Group, PLLC
424 W. Bakerview Rd., Ste. 105 #2054
Bellingham, WA 98226
Phone: (206) 518-3021
E-mail: elena@bundylawgroup.com
*Attorney for Defendant*

DECLARATION OF ELENA C. BUNDY - 3
Case No. 4:25-CV-05011-MKD

Bundy Law Group, PLLC
424 W. Bakerview Rd., Ste. 105 #2054
Bellingham, WA 98226
(206) 518-3021