<u>**Record of Interview**</u>

551-2024-05305
Date: 10-10-2024
Time: 1530 - 1630
Phone Number: 509-525-8859
Investigator: Drew Denman
CP: Hubert Gilmore
R: Benton County Corrections Dept
HR Email (if known): Carlee.Nave@co.benton.wa.us

<u>**Opening Counseling:**</u>

CP was provided with the following opening information in substance:

My name is Drew Denman. I'm an investigator with the Equal Employment Opportunity Commission.

The EEOC investigates allegations of unlawful discrimination based on a person's race, sex (*Pregnancy discrimination Act / Equal Pay Act*), color, national origin, religion (*Title VII of the Civil Rights Act of 1964, as amended*); age (*Age Discrimination in Employment Act*); disability (*Americans with Disabilities Act, as amended*); and, genetic information (*Genetic Information Nondiscrimination Act*). We also investigate retaliation associated with making complaints related to those issues. The EEOC does NOT investigate claims of potential unfairness, incidents that may be unethical, or unprofessional that are not related to the bases previously mentioned.

We are a neutral agency. We are here to collect the facts, without 'taking a side' in the matter. I would also like to mention that:

- This interview is not recorded, and we do not consent to recording.
- I will be taking notes, so you may hear me typing and there may be pauses. I'll try to limit my interruptions, but I may interject for clarification.
- At the end of the interview, I will talk you through the possible next steps.

Before we proceed, do you have any questions? No.

Have you filed with any other agencies? DoJ.

---

**STATUTE - BASIS - ISSUES:**

From the information reviewed, it appears that you marked or are filing / inquiring about filing:

-     Statute:    Title VII, ADA
-     Basis:     Race (African American), ~~Color~~, Disability
  - Color: <span style="color:gray">If alleged, enter explanation provided to CP and allegation CP is making.</span>
    - **Not Color**
-     Issue:     Reasonable Accommodation, Discharge

**Employment History & Job Duties or Assignments:**

Hired: 4/21/2004

Fired: 5/21/2024

Job Title: Corrections Officer

Members of your Dept / Group / Team by PG: ~80-90 others in same or similar position.

**Timeliness / SOL:**

- **Non-Holowecki**

**Narrative of Incident (What happened that you are claiming was because of (basis alleged)):**

*What is your disability?*
Suffered a shoulder injury. Torn rotator cuff. That was in Feb 2022. I had not taken any work off, but every now and again, I used a sick day to do a job analysis that R required.

*You mentioned R/A, what was the R/A you requested?*
Initially I asked for light-duty in master of control. They sent me to get a job analysis. I worked it where I was requesting more assignments because I was getting stronger. Then they had me submit a fitness for duty form and some extra questions HR wanted, they put me back on light duty under master control.

*Did you provide your restrictions to them?*
Yes, they wanted more information around my injury to my orthopedic. When he did the restrictions portion, he put the same wording in there from my job analysis. He expanded that to different assignments. He used the same wording for fitness for duty that he used in job analysis. That resulted in me filing a PERC (Public Employment Relations Commission) complaint.

*What were your restrictions to do your job?*
The issues were having to push off in close quarters, so I didn't want to be in pods or cells, so I was taking positions that did not require me to be in push off. When I went to the PERC hearing, their specific reason for light duty was I could not specifically grasp with my left hand. I told them I can, and I demonstrated to them, but I was still placed on light duty.

*Did the last documentation you submitted form your medical provider say you could not grasp?*
No, and he never even said that they did. It seemed like the only way to get answers why they were doing anything was to file a complaint.

*When was your PERC complaint?*
I want to say they put me on light duty around November 2022. That is when they put me on light duty, so maybe March is when I started filing. I'm going to guess March/April 2022. The reason I filed the complaint was I knew there was another officer on light duty in master controlled named Jonas Rees, and he had the same injury as I did but it was worse than mine.

*When did Jonas start his light duty?*
I am not sure.

Page **2** of **4**

*How long did his last for?*
I want to say for like three months. But there was an issue with Cpl Chad Blair was on light duty the same or much longer than I was there.

*What was Blairs injury?*
I am not sure, something with his leg, he didn't tell me. Both he and Rees were white.

*Was Blair in your same role?*
They moved in from my area to light duty master control, and that lasted, well, longer than I was, so at least two years.

*What was Blairs position?*
He was a supervisor.

*Were you a supervisor?*
No.

*Was there anyone who was a corrections officer, outside your protected group, that was approved a similar R/A request?*
There was one guy, a white guy, but his injury was something on his arm also.

*Was he on an R/A for the length of time you were?*
No.

*How long was his from when he got injured to returning to full duty?*
I would say three months.

*So, he hurt his arm, was given the R/A you requested and returned to normal duty in three months?*
Yes.

*And your request was the same, but had been going on from 2022 to 2024?*
Correct.

*Do you know anyone who was as corrections guard like yourself that was given some sort of modified schedule that lasted over a year?*
No.

*What about over 6-months?*
Not that I am aware.

*When did you last put in an accommodation?*
So, March 20, 2024, they had an interactive meeting. The meeting was recording, because I did not trust them. On March 20, I made that request, and he threatened me with separation. I kept asking in that meeting if I can forcefully grasp with my left hand, why are you forcing me to light duty? Right after that meeting, they sent me a letter about medical separation.

*What was your request on March 20?*
I was requesting a modified schedule that me and my orthopedic worked on for months, which I had been doing for months. They just wanted to know if I was asking for an R/A.

Page **3** of **4**

*How long were you doing that modified schedule?*
I want to say 5-6 months. It was around June 2023 that my orthopedic said I could do these extra duties because it was getting stronger. It was November he changed the paperwork that forced me back on light duty.

*Who is "he"?*
Eric Wyant – Assistant Manager of HR

*Do you have a copy of what was sent to you in November?*
Yes, I have a fitness for duty form.

*Was there any comments or things said regarding your race between December 2023 and your discharge?*
They didn't say anything specifically, but this goes back to 2005, and I documented it to my attorney. It was unsafe, and they kept assigning me to it initially, but I made it workable.

**Pre-Determination Counseling:**

CP was counseled that the EEOC does not investigate all cases, and that we evaluate cases at intake to determine if the case is likely to result in a violation of the statute. CP was counseled on the burdens of proof regarding ADA/Title VII, and that this case would most likely not be investigated because it is unlikely that further investigation would result in a cause finding. Specifically, CP was counseled that:

- **R/A**: CP was approved his R/A for over two years until he was told they could not accommodate him anymore and he was discharged.
- **Race**: Regarding others outside his PG that were approved and R/A, the only comparator in CP's same or similar position (non-supervisor) only had a modified assignment schedule for ~3 months. CP's request was for over two years.

CP was counseled that if management concurs with my recommendation, CP will be receiving a Notice of Right to Sue letter which allows CP to file suit in federal court within 90 days. CP understood that CP has a right to file, and that I'm obligated to give feedback on the strengths and weaknesses of their complaint and the likelihood that it will be investigated, but my assessment does not preclude CP from filing a charge.

After counseling, CP chose to move forward with filing and understood that CP's case would be closed, and CP would receive a NRTS.

| Date | Event | Name |
|---|---|---|
| Tue Oct 29 16:04:38 EDT 2024 | PCHP Supervisor review approved. | ANNALIE GREER |
| Tue Oct 29 14:34:40 EDT 2024 | Assigned to ANNALIE GREER for Supervisor PCHP review | DREW DENMAN |
| Tue Oct 29 14:34:06 EDT 2024 | Uploaded Document. Type: Closure Notice/NRTS, FileName:2024-10-29-NRTS-Gilmore.pdf | DREW DENMAN |
| Tue Oct 29 14:31:34 EDT 2024 | Generated Document. Type: Closure Notice/NRTS, FileName:551-2024-05305_Closure Notice/NRTS.docx | DREW DENMAN |
| Tue Oct 29 14:30:19 EDT 2024 | Processing category justification text is revised as CP claims he was denied a reasonable accommodation, resulting in discharge due to his disability and/or race. CP claims his disability is a torn rotator cuff from Feb 2022. CP claims he continued to work until it affected his performance/requesting sick time due to his disability, and R requested him to complete a medical job analysis. CP was placed on light duty around November 2022. Part of CP's essential duties as a corrections officer required him to be able to do "push off" procedures, which is contact with inmates when clearing their cells for routine checks. CP was unable to do the push offs due to his shoulder injury. The R/A CP requested was to work in the master control room, where he could monitor situations instead of being assigned to the pod/cell duties. CP named two comparators: one in his same situation who only needed modified schedule for 3-months before returning to regular duty and another who is a supervis | DREW DENMAN |
| Tue Oct 29 14:15:13 EDT 2024 | Added Processing Category Factor (b) (5) ▓▓▓▓ | DREW DENMAN |
| Tue Oct 29 14:15:13 EDT 2024 | Added Processing Category Factor (b) (5) ▓▓▓▓ | DREW DENMAN |
| Tue Oct 29 14:15:13 EDT 2024 | Added DCP priority No DCP area currently identified to assessment | DREW DENMAN |
| Tue Oct 29 14:15:13 EDT 2024 | Added SEP priority No SEP area currently identified to assessment | DREW DENMAN |
| Tue Oct 29 14:15:13 EDT 2024 | Added TOPIC No Topic currently identified to assessment | DREW DENMAN |

| Date | Event | Name |
|---|---|---|
| Tue Oct 29 14:15:13 EDT 2024 | Added PCHP Category PCHP Assessment to assessment. | DREW DENMAN |
| Tue Oct 29 14:15:13 EDT 2024 | Processing category justification text is added as CP claims he was denied a reasonable accommodation, resulting in discharge due to his disability and/or race. CP claims his disability is a torn rotator cuff from Feb 2022. CP claims he continued to work until it affected his performance/requesting sick time due to his disability, and R requested him to complete a medical job analysis. CP was placed on light duty around November 2022. | DREW DENMAN |
| Tue Oct 29 14:15:13 EDT 2024 | Processing Category (b) (5) | DREW DENMAN |
| Mon Oct 28 11:00:48 EDT 2024 | Downloaded Document. Type: Notice of Charge, FileName:551-2024-05305_NoticeOfChargeOfDiscrimination.pdf | Respondentportal User |
| Mon Oct 28 11:00:26 EDT 2024 | Downloaded Document. Type: Charge of Discrimination, FileName:551-2024-05305_ChargeOfDiscrimination.pdf | Respondentportal User |
| Mon Oct 28 11:00:20 EDT 2024 | Added Respondent Contact Information. | Respondentportal User |
| Mon Oct 28 11:00:20 EDT 2024 | Confirmed EEOC changes to Respondent Information. Changes saved to Respondent record. | Respondentportal User |
| Mon Oct 28 11:00:20 EDT 2024 | Respondent user proposed change to Respondent information | Respondentportal User |
| Mon Oct 28 11:00:20 EDT 2024 | Respondent emlState changed to EEOC Staff must review. | Respondentportal User |
| Mon Oct 28 11:00:20 EDT 2024 | Respondent linked to EML Employer record for Benton County Corrections Department (22228959) | Respondentportal User |
| Mon Oct 28 10:56:27 EDT 2024 | No Action is required from you at this time. | Respondentportal User |
| Mon Oct 28 10:56:24 EDT 2024 | Respondent logged in | Respondentportal User |
| Mon Oct 28 10:55:09 EDT 2024 | Respondent password changed | Respondentportal User |
| Sun Oct 27 10:09:11 EDT 2024 | The Charging Party has Downloaded Document. Type: Correspondence with Charging Party Attorney/Representative, FileName:2024-10-16 1033 Email from EEOC re EEOC Charge 551-2024-05305, Charge of Discrimination.msg | (b) (6), (b) (7)(C) |

**EEOC (Inquiry) Number:** 551-2024-05305

## INQUIRY INFORMATION

### INQUIRY OFFICE

**Receiving:** Seattle Field Office

**Accountable:** Seattle Field Office

### POTENTIAL CHARGING PARTY

**Name:** Mr. Hubert E. Gilmore

**Address:** 7672 Mill Creek

WALLA WALLA, WA 99362

**Year of Birth:**

**Email Address:** (b) (6), (b) (7)(C)

**Phone Number:** 509-525-8859

### POTENTIAL CHARGING PARTY'S DEMOGRAPHICS

**Gender:** Male

**Disabled?**

**Are you Hispanic or Latino?**

**Ethnicity:**

**National Origin:**

### RESPONDENT/Employer

**Organization Name:** Benton County Corrections Department

**Type of Employer:** Local Government that I applied to, work for, or worked for

**Number of Employees:**

**Primary Address:** 7122 W OKANOGAN PL ST B110

KENNEWICK, WA 99336

**County:** Benton

**Phone Number:** 509-783-1451

**Work Address:**

**Remote Work:**

### RESPONDENT CONTACT

**Name:** Carlee   Nave

**Email Address:** Carlee.Nave@co.benton.wa.us

**Phone Number:**

**Title:** Human Resources Director or Owner

### REASON(S) FOR CLAIM

**Date of Incident (Approximate):** 05/21/2024

**Reason for Complaint:** Race, Color

**Pay Disparity:**

**Location of Incident:** Washington

**Submission (initial inquiry) Date** 06/10/2024

**Claim previously filed as charge with EEOC?** No

**Approximate Date of Filing:**

**Charge Number:** 551-2024-05305

**Claim previously filed as complaint with another Agency?** Yes

**Agency Name:** KSB Litigation

**Approximate Date of Filing:** 05/18/2024

**Nature of Complaint:** On going discrimination due to race.

**ADVERSE ACTION(s)**

Due to my race, African American,I have been discriminated against at Benton County Corrections Department, BCCD, for years.

Recently, After I was treated significantly differently than similarly situated co-workers (we both had concerns, the non-Black officer had their issue address with them and a solution in a month, I did not even have my concern addressed after several months and had to go through the entire chain of command) I filed a complaint with HR.  HR decided that my complaint was unfounded and I still have not had my concern addressed.

I am being represented in this matter by KSB Litigation, William Shroeder (wcs@ksblit.legal) (509)624-8988.

**APPOINTMENT**

   **Appointment Date and time:** 10/10/2024 18:30:00 EST

   **Interview Type:** Phone

**APPROXIMATE DEADLINE FOR FILING A CHARGE:** 03/17/2025

## Supplemental Information

**What Reason(s) were you given for the action taken against you?**

Based on the information I have at hand and your previous request for continued accommodations, you cannot perform the essential functions of your position as a corrections officer with or without reasonable accommodation, within a reasonable timeframe without placing an undue hardship on the County, and the County cannot permanently accommodate your request. Due to this determination, I find it necessary to separate employment with you.

**Was anyone in a similar situation treated the same, better, or worse than you?**

Cpl. Chad Blair

**Please provide name(s) and email and/or phone number of anyone who will support your claim, and briefly describe the information this person will provide.**

KSB LITIGATION 509 624 8988. Attorney William Schroeder who will be representing me has all the documentation.

**Please tell us any other information about your experience.**

This has been an ongoing issue for almost the entirety of my 20-year employment history with Benton County Corrections Department ending with this decision to medically separate me while I was out on FMLA to care for my wife after surgery.