FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 26, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HUBERT GILMORE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BENTON COUNTY, a Washington political entity,<br><br>Defendant. | No. 4:25-CV-05011-MKD<br><br>ORDER FOLLOWING SETTLEMENT CONFERENCE |

On January 5, 2026, the Honorable Mary K. Dimke referred this matter to the undersigned magistrate judge for a settlement conference. ECF No. 44. A settlement conference was held before the undersigned judicial officer in Richland, Washington, on February 26, 2026; however, the parties ultimately failed to reach a resolution. Accordingly, **IT IS HEREBY ORDERED**:

1. This case shall be returned to the assigned district court judge, Mary K. Dimke, for further proceedings.

2. The undersigned judicial officer shall retain the referral of this matter and will be available if the parties believe further discussions are warranted. Mediation remains a reasonable alternative to litigation, and the referral will remain with the undersigned until this matter is resolved.

///

///

ORDER - 1

3. If the parties believe an additional mediation session by video teleconference would be fruitful following the hearing on the pending dispositive motions or the entry of Judge Dimke's order on the motions, the parties shall so inform the undersigned.

**IT IS SO ORDERED.** The District Court Executive is directed to file this Order and provide copies to counsel for Plaintiff and Defendant.

DATED February 26, 2026.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER - 2