AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jun 25, 2026**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| HUBERT GILMORE, an individual,<br>*Plaintiff*<br>v.<br><br>BENTON COUNTY, a Washington political entity,<br>*Defendant* | )<br>)<br>)<br>)<br>)<br><br>Civil Action No.   4:25-CV-05011-MKD |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏   the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑   other:   Defendant's Motion for Summary Judgment, ECF No. 33, is GRANTED.
Plaintiff's Motion for Partial Summary Judgment, ECF No. 38, is DENIED.
Judgment entered for Defendant on all claims; and (4).

This action was *(check one)*:

❏   tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏   tried by Judge _____ without a jury and the above decision was reached.

☑   decided by Judge   Mary K. Dimke

Date:   June 25th, 2026

*CLERK OF COURT*

s/Sean F. McAvoy

*Signature of Clerk*